| | |
|---|---|
| 1  JED P. WHITE (SBN: 232339)<br>   JAMES J. McGRATH (SBN: 260253)<br>2  **BRYAN CAVE LLP**<br>   120 Broadway, Suite 300<br>3  Santa Monica, California 90401-2386<br>   Telephone:  (310) 576-2100<br>4  Facsimile:  (310) 576-2200<br>   Email:      jed.white@bryancave.com<br>5              james.mcgrath@bryancave.com | E-FILED: 1/19/11<br><br>JS-6 |

Attorneys for Defendant
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA GRACIAN,<br><br>          Plaintiff,<br><br>     vs.<br><br>BANK OF AMERICA N.A., a corporation, COUNTRYWIDE HOME LOANS, a corporation, RECONTRUST COMPANY N.A., a corporation, and DOES 1 through 20, Inclusive,<br><br>          Defendants. | Case No. CV10-09803 GHK (CWx)<br><br>[Assigned to the Honorable District George H. King, Room 650-Roybal]<br><br>[~~PROPOSED~~] ORDER ON STIPULATION OF DISMISSAL OF ACTION<br><br>Complaint Filed: April 16, 2010<br>Trial Date:      None Set |

SM01DOCS\820376.1

1  The Stipulation Of Dismissal Of Action Pursuant to Federal Rule of Civil
2  Procedure 41(a)(1)(A)(ii) between Plaintiff Cecilia Gracian, on the one hand, and
3  Defendant Bank of America, N.A. on the other, was filed on January 14, 2011.
4  Having read and considered the Stipulation, the Court ORDERS that the
5  above-referenced action is dismissed in its entirety without prejudice.
6  IT IS SO ORDERED.

8  DATED: 1/19/11
9  U.S. DISTRICT COURT JUDGE
   HONORABLE GEORGE H. KING

11 **Respectfully submitted,**

12 Jed P. White
   James J. McGrath
13 **BRYAN CAVE LLP**

14 By: /s/ James J. McGrath
       James J. McGrath
15 Attorneys for Defendant BANK OF
16 AMERICA, N.A.